```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA

                              IN ADMIRALTY

                              CASE NO.:
```

**JONES SUPERYACHT MIAMI, INC.**

    **Plaintiff,**

                                            **VERIFIED COMPLAINT *IN REM***

**v.**

**MY HAWK, her engines,
tackle, and other appurtenances,
<u>in rem</u>,**
_____/

       Plaintiff, Jones Superyacht Miami, Inc. ("Jones"), sues Defendant, M/V HAWK ("HAWK"), her engines, tackle, and other appurtenances, *in rem*, and alleges:

       1. Jones is a corporation incorporated in and under the laws of the State of Florida.  At all material times, Jones has done business at 3399 N.W. South River Drive, Miami, Florida.

       2. M/V HAWK is a glass reinforced plastic vessel of 23.57 meters with a gross tonnage of 73.81.  Its Official Number is 744119. Attached hereto as Exhibit "A" is a true and correct copy of her Certificate of British Registry issued by the Cayman Islands Shipping Registry. The M/V HAWK is within the district or will be within the district while the action is pending.

       3. This is a case of admiralty and maritime jurisdiction,

as herein more fully appears, within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, for a judgment and maritime lien pursuant to 46 U.S.C.A. §31342, *et seq*. This Court retains admiralty and maritime jurisdiction pursuant to 28 U.S.C.A. §1333.

4. Jones is engaged, among other things, in the furnishing of dockage, supplies and repairs to vessels of all kinds and descriptions.

5. On or about January 8, 2018, the owner of the M/V HAWK, or someone with its authority, signed a Dockage Agreement with Jones. Attached hereto as Exhibit "B" is a true and correct copy of the Dockage Agreement.

6. Pursuant to Exhibit "B", Jones agreed to provide to M/V HAWK necessaries such dockage, electricity, monitoring, maintenance, and to pay for a member of the M/V HAWK crew to routinely inspect her.

7. As of January 31, 2019, for the services rendered by JONES to the M/V HAWK, Jones is owed the amount of $602,178.49. Attached hereto as Composite Exhibit "C" are true and correct copies of statement and invoices rendered to the owner of the M/V HAWK.

8. Jones has hired the law firm of Mejer LAW P.A. and has agreed to pay them a reasonable fee for their services.

**COUNT I**

Jones reiterates and realleges its allegations contained

in paragraph 1 through 8, above, and further states:

9. Pursuant to 46 U.S.C.A. §31342 Jones is entitled to assert and foreclose a maritime lien on the on the M/V HAWK in the amount of $602,178.49.

WHEREFORE, Jones prays that:

A. Process be issued *in rem* according to the practices of this Honorable Court in cases of admiralty and maritime jurisdiction against the M/V HAWK, her engines, tackle, and other appurtenances, and that all persons claiming any right or interest in them be cited to file claim, appear and answer;

B. Plaintiff's claim be adjudged a preferred maritime lien on the M/V HAWK in the amount of $602,178.49;

C. That the M/V HAWK be condemned or sold to satisfy said lien with interest and costs.

D. Jones be granted such other and further relief as may be just and proper.

*Alvaro L. Mejer*
Alvaro L. Mejer
Fla Bar No. 222623
MEJER LAW, P.A.
Sun Trust Plaza / Suite 504
201 Alhambra Circle
Coral Gables, Florida 33134
Telephone (305) 444-3355
Telefax (305) 442-4300
E-mail: amejer@mejerlaw.com
Alvaromejer@gmail.com
Annie@mejerlaw.com

**VERIFICATION**

I, Jose Bared, am President of Jones Superyacht Miami, Inc. Plaintiff herein. I have read the foregoing Complaint and know that the contents thereof and the same are true of my own knowledge.

The reason I make this verification is that Jones Superyacht Miami, Inc. is a corporation and I am its President.

The sources of my information and the grounds of my belief as to all matters not stated in the complaint to be alleged upon my own knowledge are reports made to me by my employees and the records of the corporation.

                                                JONES SUPERYACHT MIAMI, INC.

                                                By_____
                                                Jose Bared, Vice Pres.

STATE OF FLORIDA        )
                                ) §§
COUNTY OF MIAMI-DADE  )

The foregoing instrument was acknowledged before me this _1_ day of _February_ 2019 by Jose Bared who is President of Jones Superyacht Miami, Inc. who is personally known to me or who has produced _____ as identification and who did (did not) take an oath.

                                                (SEAL)

                                                (Signature)_____
                                                (Name [printed/typed/stamped])
                                                Notary Public
                                                Serial No.

*Notary stamp: MAYRA ESCOBAR, Notary Public - State of Florida, Commission # GG 165377, My Comm. Expires Mar 23, 2022, Bonded through National Notary Assn.*