JONES SUPERYACHT MIAMI, INC.          3399 N.W. SOUTH RIVER

DRI          JONES DRY DOCK SERVICE, INC.



DRY DOCK SERVICES, INC.                      3399 N.W. SO. RIVER DRIVE.      JONES  JONES BOAT YARD,

INC.                                          MIAMI, FLORIDA. 33142

JONES MACHINE SHOP                                              MIAMI: (305) 635-0891

JONES YACHT & SHIP BROKERS, INC.      FAX: (305)633-6758

## DOCKAGE AGREEMENT

Date _____

Agreement between **JONES SUPERYACHT MIAMI, INC.**, herein called **"JONES"**, and the undersigned vessel and/or OWNER, herein called **"OWNER"**.

OWNER'S NAME/COMPANY NAME:   _EPBC HOLDINGS, LTD., a Cayman Islands Company_

VESSEL NAME:  M/Y HAWK

One Capital Place
P.O. Box 847
Grand Cayman KY1-1103

Cayman Islands          SAIL          POWER

Owner's Agent: Eric Castillo        O.A. Length _88'__ feet  Beam _____

Draft _____

OWNER's phone:

Office # _____        Captain's Name:

Fax    # _____        Captain's phone #

Home #_____

Emergency #_____

From _____

_____
     (Date)

Rate  $3.25 per foot per day (or $286.00/day)

Electricity: Electricity will be provided Only for essential systems                    **EXHIBIT "B"**

necessary for Vessel safety.

UTILITIES: *as per current Tariff Sheet;* *

Do you pay Sales Tax? Yes ●  No ●

If No Give # _____   * Charged only when boat is in the yard

It is hereby agreed that the terms that follow are a part of this Agreement.  I have read them, and I agree to abide by them.

EPBC HOLDINGS, LTD., A Cayman Islands Company, Owner

By _____

Eric Castillo. Solely as duly authorized agent of OWNER as set forth in
the attached Declaration of Eric Castillo, Certificate of Interested Parties
and Disclosure Statement , and as authorized Licensee
under Amended License No. FNK-2017-340944-2 as issued on August 18, 2017
by the Office Of Foreign Assets Control by Davin J. Blackborrow, Assistant
Director For Licensing.

JONES SUPERYACHT MIAMI, INC.

By: _____
Jose Bared, its President

## JONES SUPERYACHT MIAMI, INC.
## DOCKAGE CONTRACT & TERMS

**1. JONES** acknowledges that the vessel, the M/Y HAWK ("Vessel"), is property blocked under federal law (the Foreign Narcotics Kingpin Designation Act, 21 U.S.C. Sections 1901-1908) and federal regulations (the Foreign Narcotics Kingpin Sanctions Regulations, 31 C.F.R. Part 398) and that all transactions and payments with respect to the M/Y HAWK, including all terms of this Dockage Agreement, are governed by and subject to OFAC Amended License No. FNK-2017-340944-2 issued on August 18, 2017 ("**License**").  To the extent any provision of this Dockage Agreement is contrary to or inconsistent with the said Act, Regulations and License, then the Act and Regulations and License will be controlling.

**2.** This Dockage Agreement covers only the aforementioned vessel. No specific area is assigned or promised to the vessel. In case of an emergency, **JONES** may move the vessel as needed.  The Dock master will have the right to limit, assign, and govern mooring and docking spaces in the Marina docking area.

**3. JONES** undertakes to provide a berth, and other services as agreed to, only upon the condition that it shall not be liable, directly or indirectly, in contract, tort, or otherwise, to the vessel, its owners, charterers, underwriters, or any of their agents, servants, or employees, or persons to whom they might be responsible, for any personal injury or death, or damage to the vessel, its cargo, equipment or movable stores or for any consequence thereof, unless such personal injury, death, or property damage, is caused by **JONES's** gross negligence or the gross negligence of any of its employees, which gross negligence shall not be presumed but must be affirmatively established. In no event, shall **JONES's** aggregate liability to all such parties in interest for personal injury, death or damage sustained by them, including damages to the vessel, or any other type of damage, shall not to exceed the sum of $300,000.00, and in no

event shall **JONES** be liable to any extent to the vessel, her owners, charterers and/or underwriters, for the cost of defending any claims asserted by third parties, including attorney's fees, whether such actions shall be commenced by its employees or others.

4. This contract incorporates by reference **JONES's** Shipyard Rules in effect as of the date of the signing of this DOCKAGE AGREEMENT.

5. **JONES** assumes no liability whatsoever for Windstorms, Lightning, & other Natural Occurrences or other Acts of God. Storage is at **OWNER's** risk.

6. With **OWNER's** consent and approval, **JONES** may purchase hull, machinery and P&I insurances on the vessel for **OWNER's** behalf. All premiums, charges, and any costs associated with purchasing said insurance by **JONES** shall be on **OWNER's** and Vessel's behalf and for their account. **OWNER** hereby assigns to **JONES** all insurance proceeds from any insurer whose policy was paid by **JONES** up to all amounts due and owing **JONES** up to date of payment.

7. INVOICES MUST BE PAID BY CASH, CREDIT CARD (VISA or MASTERCARD), CASHIER'S CHECK OR WIRED FUNDS. IF COMPANY CHECK IS SUBMITTED, VESSELS WILL NOT BE RELEASED UNTIL FUNDS ARE CLEARED. Open accounts are subject to approval by **JONES**. Invoices unpaid 30 days from presentment shall be subject to a finance charge of **1%** per month, or fraction thereof, until paid in full (annual percentage rate of 12%). It is understood that all prices are subject to Florida State Sales Tax when applicable. All **JONES's** Tariff items shall be billed in accordance with the then latest Tariff Sheet.

8. In addition to its customary dockage services, **JONES** shall perform such other works, maintenance and repairs as directed by **OWNER or OWNER'S agent,** subject to standard work orders to be agreed between **JONES** and **OWNER**. All such works, maintenance and repairs shall be for **OWNER's** account at **JONES's** then standard rates.

9. **JONES** at its sole discretion will be permitted to cancel this contract with a full refund of any advance payment in the event cancellation occurs prior to the first date for storage or refund of a prorated amount for remaining storage days, if any, on the Contract at the time of **JONES's** cancellation of same. It is further agreed **OWNER's** damages, if any, over and above the refund issued by **JONES** will be considered limited and liquidated in the total amount of $100.00. Thereafter, either party may cancel this contract by giving twenty (20) day written notice.

10. Vessel must supply proper heavy weather mooring lines, fenders, bumpers & electrical cords and any other necessary items for a safe dockage. If **JONES** has to supply them, the cost will be added to the vessel's account.

11. When a vessel enters **JONES**, it immediately comes under the jurisdiction of the Dock master and Management of **JONES** and all crew members, if any, must be duly registered with the main office upon arrival of the vessel.

12. Refuse will not be thrown overboard. Garbage shall be deposited in cans supplied for that purpose. Notify Dock master about anything that will not fit in these cans and he will dispose of same. No discharge of oil, spirits, flammable liquid or oily bilge water in the Marina water. Any fines imposed will be for Vessel's account. Charcoal or open flame fires will not be permitted on docks or vessels at any time. Garbage disposal will be billed separately.

13. Noise shall be kept to a minimum at all times. Patrons shall use utmost discretion in operating engines, generators, radios and television sets so as not to create a nuisance, disturbance or damage, in the Marina area.

14. Vessel **OWNER** shall not store supplies, materials, accessories or debris on walkway or pier. Lockers are available for rental.

15. Laundry shall not be hung on vessels, docks, or piers in the Marina, nor shall "For Sale" or "For Charter" signs be put on vessels unless approved by the Dock master. Advertising or soliciting shall not be permitted on any vessel within the Marina.

16. No freelancers or outside contractors will be permitted unless prior approval by **JONES**. A fee, based on **JONES**'s standard fee rates, will be applied. Current insurance certification, showing a minimum of $ 1,000,000 in liability insurance & workers compensation & USLH, must be on file in **JONES's** office. All exterior work from the deck line down is prohibited (except washing down the vessel).

17. Before connecting or disconnecting shore power the Dock Master must be notified to make the necessary arrangements.

18. In the event that it becomes necessary for **JONES** to employ counsel or a collection agency, or both, to collect any unpaid invoice, **OWNER** and the vessel agree to pay to **JONES** the reasonable costs of collection, including attorney's fees or the fees of the collection agency, or both.

19. **OWNER** acknowledges that it owns another vessel that is entering or has entered into another Dockage Agreement with **JONES** similar to this one. In the event that any Vessel is sold, **JONES** shall be paid all amounts that are due it to the date of sale from the proceeds of any sale, but only to the extent that OFAC may allow. **OWNER** will cooperate with **JONES** to obtain OFAC's approval. The sold vessel shall not be released by **JONES** until all amounts due and owing **JONES** up to date of sale have been paid to **JONES**, subject to OFAC's prior approval.

20. The person signing this DOCKAGE AGREEMENT is signing it as authorized by **OWNER**.

21. **JONES** shall not be responsible for damage to or loss of any articles of personal property, gear, or other appurtenances left aboard the vessel, due to fire, theft, pilferage, or otherwise, it being understood that the vessel's owners, owner's employees, representatives, agents, etc., have at all times access to the vessel, and accordingly, **JONES** does not have exclusive care, custody and control of the vessel and/or its contents.

22. **NOTICE DISCHARGE OF OIL PROHIBITED  (into Navigable Waters)** Please inform your crew or other personnel to use extreme care in the disposal of oil, old rags, bilge cleaning, pumping, etc. **JONES** will not be responsible for any fines from the United States Coast Guard because of **OWNER** carelessness.

23. The **OWNER** agrees to protect, indemnify, and hold harmless **JONES**, its agents, and employees from and against any and all claims, demands, damages, suits, losses, attorney fees, liability awards, judgments and expenses of any nature for damage to property or for injury to any person or persons resulting from or in any way arising out of the negligent acts or omissions of the **OWNER** or his agents while on the premises of **JONES**.

24. If **JONES** shall be made a party to any litigation in connection with the vessel then the **OWNER** shall pay all necessary costs and expenses, and all attorney's fees, for which **JONES** may be liable or compelled to pay in connection with such litigation.

25. Emergencies:  **JONES** reserves the right to haul vessel if, in the opinion of **JONES**, an emergency arises making such hauling or launch necessary. **OWNER** agrees to pay for emergency hauling, together with necessary repairs, at regular prevailing rates. In the event **JONES** must take action because **OWNER'S** vessel is in danger of being damaged because of a hurricane or any other cause, or in the event of possible harm to other property by **OWNER'S** vessel, **OWNER** AGREES TO COMPENSATE **JONES** for all efforts under taken at its usual yard rates.

26. Violation of any of the above rules and regulations; any disorder by immoral or offensive conduct by a patron of his crew or requests, which might injure a person, cause damage to property or harm the reputation of **JONES** shall be cause for immediate removal from the Marina, of the vessel and persons in question.

27. All ship yard rules & regulations will apply and be complied with all tariff items administrative fees, environmental fees & taxes will be billed separately.

28. Notwithstanding anything herein said to the contrary, **OWNER** acknowledges and agrees that for the services that **JONES** provides to vessel, **JONES** has a maritime lien on the vessel and its appurtenances pursuant to general maritime law and Federal Statutory Law of the United States of America (Federal

Maritime Lien Act, 46 U.S.C. Sections 31341-31343) and that said lien shall not be extinguished or waived for any reason whatsoever absent written authorization from **JONES**. **OWNER** further acknowledges and agrees that for the services **JONES** provides to vessel, it also has a possessory lien as allowed by Florida State Law.

**29. OWNER** for itself and all claiming hereunder hereby irrevocably personally submits to the jurisdiction of the Courts of the State of Florida and any legal action must take place either in the State Court of the Eleventh Judicial Circuit of the State of Florida or the United States District Court for the Southern District of Florida.

**30. TOWAGE and MOVEMENT to JONES**: If Vessel is unable to move under her own power to Jones, **OWNER** shall engage _____ to tow Vessel from her present location to **JONES**'s facility on the Miami River. For **OWNER**'s account, JONES shall pay for the towage. Any insurance requirements requested by the towing company shall not be paid by **JONES** and **OWNER** or its agents will have to make appropriate arrangements.

31. **JONES** shall receive Vessel in its then "AS IS" condition. Upon arrival, **JONES** shall perform a video inventory of Vessel and deliver to **OWNER** or its agent with a copy of said video inventory.

32. **JONES** will allow unrestricted access to Vessel to Eric Castillo and Capt. Joseph C. Williams.

33. JONES will allow the Vessel's Engineer to board the Vessel whenever directed by Owner and **JONES,** for **OWNER's** account, shall pay for the Vessel's Engineer for no more than _____ hours a day, _____ days a week.

5

# JONES

## PROJECT WORKORDER

| VESSEL NAME: | PROJECT ID: | TASK ID: |
|---|---|---|
| M/Y Hawk 88' 2012 Sunseeker | | |

**TASK DESCRIPTION**

01.04.2018
Provide labor, materials & equipment to:

Provide assistance with initial berthing, line handlers etc. at arrival.
Shifting of vessel as necessary to facilitate cleaning & pumping etc.
Troubleshoot, identify & mitigate leaks and source. Effect temporary repairs as needed.
Pump & maintain bilges as required.
Fresh water rinse ER & Equipment as directed.
Set up & maintain stand by pumps in ER bilge.

| NEW TASK | YES | NO | CHANGE ORDER | YES | NO |
|---|---|---|---|---|---|

- This workorder adds approx ___ days to the estimated delivery schedule

BY MY SIGNATURE BELOW, I APPROVE, AUTHORIZE AND AGREE THAT THIS WORK ORDER OR AMENDMENT WILL BE ADDED TO THE VESSEL'S ORIGINAL WORK ORDER LIST AND SHIP REPAIR CONTRACT AND ACKNOWLEDGE THE TERMS AND CONDITIONS OF THE WORK ORDER ARE INCORPORATED HEREIN. I WILL BE FURNISHED WITH AN ADDITIONAL COPY OF THOSE TERMS AND CONDITIONS UPON REQUEST. I ALSO ACKNOWLEDGE, APPROVE AND AUTHORIZE THAT THERE MAY BE AN IMPACT TO THE ORIGINAL CONTRACT SCHEDULE AND/ OR BUDGET.

| Time & Material: | Overtime Authorized: |
|---|---|
| Signature: | Signature: |
| Quoted / Contract Price: | Title: |
| Signature: | (OWNER)  (CAPTAIN)  (AUTHORIZED AGENT) |

| Submitted by JBY Employee: | Authorized by JBY Supervisor: |
|---|---|
| W.O. #: | W.O. DATE: |

THIS FORM IS TO BE SIGNED & SUBMITTED TO JBY PROJECT MANAGER BEFORE IT IS ADDED TO THE VESSEL'S WORK ORDER LIST

## JONES SUPERYACHT MIAMI, INC RATE SHEET



WEBSITE: JONESUPRYDOCK.COM

1 of 1

| # | LAY DAYS | |
|---|---|---|
| 1. | LAY DAYS ON DRY DOCK. DEPENDS ON SCOPE OF WORK | $5.25 PER FT / DAY (120 FT MINIMUM CHARGE-3 DAYS MIN.) * |
| 2. | WET DOCKAGE | $2.50 - $3.50 PER FT PER DAY * |
| | **UTILITIES** | |
| 3. | SHORE POWER CONNECT/DISCONNECT | $300.00 EACH |
| 4. | 110/125 VOLTS – 15/20 AMP (STANDARD) | $12.50 PER DAY |
| 5. | 110/125 VOLTS – 30 AMP (MARINE PLUG) | $14.00 PER DAY |
| 6. | 220 VOLTS SINGLE PHASE – 50 AMP (MARINE OR RANGE PLUG) | $40.00 PER DAY |
| 7. | 220 VOLTS SINGLE PHASE – 100 AMP (MARINE OR RANGE PLUG) | $110.00 PER DAY |
| 8. | 208 VOLTS 3 PHASE – 100 AMP (TRANSFORMER POWER) | $195.00 PER DAY |
| 9. | 208 VOLTS 3 PHASE – 200 AMP (TRANSFORMER POWER) | $250.00 PER DAY |
| 10. | 208 VOLTS 3 PHASE – 300 AMP (TRANSFORMER POWER) | $325.00 PER DAY |
| 11. | 240 VOLTS 3 PHASE – 200 AMP (TRANSFORMER POWER) | $360.00 PER DAY |
| 12. | 480 VOLTS – 3 PHASE 100/125/150/175 AMP | $195.00 PER DAY |
| 12. | COOLING TOWER / AC PUMP | $950.00 CONNECT/DISCONNECT - $75 PER DAY |
| 14. | CONVERTER | $160.00 PER WEEK |
| 15. | GENERATOR | $2,500.00 PER WEEK PLUS FUEL PLUS MAINTENANCE LABOR |
| 16. | FIRE LINE | $250.00 SETUP & REMOVAL PER DAY 25.00 |
| 17. | FUELING SERVICE | $0.05 PER GALLON |
| 18. | WATER USAGE | .10 PER GALLON (MINIMUM $150.00 PER MONTH) |
| | **VESSEL HIRED SUBCONTRACTOR'S / WARRANTY WORK FEE (YARD APPROVAL REQUIRED)** | |
| 19. | DAILY / SUBCONTRACTOR / MAN FEE WILL APPLY | SAID FEE TO BE DETERMINED |
| | **TRASH / CLEAN UP** | |
| 20. | FINAL DEPARTURE CLEAN UP | $950.00 MINIMUM – T&M OVER |
| 21. | GARBAGE CONTAINERS | $400.00 (6 YD) - $1,200.00 (20 YD) - $1,800.00 (30 YD) |
| | **EQUIPMENT / SERVICES** | |
| 22. | SMALL CRANE (CHERRY PICKER)   (2 HR. MIN EACH EVENT) | $160.00 PER HOUR (ONE OPERATOR ONLY – OT X 1 ½) |
| 23. | LARGE CRANE (CRUZ CRANE)   (2 HR. MIN EACH EVENT) | $225.00 PER HOUR (ONE OPERATOR ONLY – OT X 1 ½) |
| 24. | FORKLIFT   (1 HR. MIN EACH EVENT) | $125.00 PER HOUR (ONE OPERATOR ONLY – OT X 1 ½) |
| 25. | FLOATS | $80.00 FA /MONTH (SMALL) - $300 FA /MONTH (LARGE) |
| 26. | ULTRA HIGH PRESSURE WASHER | $1,900 PER DAY - ONE DAY MINIMUM – OPERATORS SEPARATE |
| | **LABOR** | |
| 27. | LABOR RATES | $80.00 PER HOUR - $120.00 PER OT HOUR |
| 28. | DIVER RATES | $225.00 PER HOUR - $337.50 PER OT HOUR |
| 29. | FACILITY ACCESS CONTROL PERSONNEL | $225.00 RVD |
| | **STORAGE CONTAINER RENTAL** | |
| 30. | 20 FEET | $300.00 PER MONTH (ONLY STORAGE USE ALLOWED) |
| 31. | 40 FEET | $600.00 PER MONTH (ONLY STORAGE USE ALLOWED) |
| 32. | 1ST TIME SET UP AND DELIVERY FEE ON ALL CONTAINERS | $950.00 PER CONTAINER |
| | **STAIRWAY/GANGWAY** | |
| 33. | STAIRWAY/GANGWAY SET UP/DISASSEMBLE | $550.00 |

* All Federal, State & Local Taxes shall be applied to each bill
* Rates apply with work being performed by Yard. Others to be negotiated on case by case basis.
* 2.5% Environmental Impact Fee shall be applied to each bill
* 2.5% Administration Fee (shall be applied to all invoices)
* All freight, duties, tariffs, handling and JSM handling will be billed to vessels account when incurred.
* Any and all other applicable fees shall be applied to each bill

By my signature below, I acknowledge that I have received a copy of this JONES SUPERYACHT MIAMI, INC. STANDARD RATE SHEET. I also acknowledge that all of the above mentioned services (tariff items) provided by Jones Superyacht Miami, from the time the vessel arrives on Jones Superyacht Miami property until the time the vessel leaves, are incurred and due and payable on a weekly basis. All prices on provided tariff items are non-negotiable unless authorized and signed for by the General Manager prior to the vessel's arrival. Tariff prices are subject to periodic change without notice.

* DEPENDS ON WORK SCOPE

Authorized Signature: _____

01/09/2017